No. 93–1932. Etim et al. *v.* United States, 513 U. S. 815;

No. 94–9114. Dumaguin *v.* Chater, Commissioner of Social Security, *ante*, p. 827;

No. 94–9278. Ploneda *v.* California, *ante*, p. 829;

No. 95–5702. Dutcher *v.* Sweeney, *ante*, p. 946; and

No. 95–6448. Ferenc *v.* Reinosa et al., *ante*, p. 1031. Motions for leave to file petitions for rehearing denied.

## February 23, 1996

No. 95–7992 (A–695). Bonin *v.* Calderon, Warden. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to Justice O'Connor, and by her referred to the Court, denied. Certiorari denied.

## February 26, 1996

No. 95–6889. Kubosh *v.* United States. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante*, p. 137.

No. 95–7068. Schlicker *v.* United States. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante*, p. 137.

No. D–1608. In re Disbarment of Heath. Disbarment entered. [For earlier order herein, see *ante*, p. 961.]

No. D–1611. In re Disbarment of Bernard. Disbarment entered. [For earlier order herein, see *ante*, p. 984.]

No. D–1614. In re Disbarment of Billings. Disbarment entered. [For earlier order herein, see *ante*, p. 985.]